IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KATHLEEN HILLEY**, Individually, and
on behalf of her minor son, **CHRISTIAN CHO,**

      **Plaintiff,**

v.            Civil No.  1:10-cv-00325-WJ-WDS

**WALGREEN COMPANY,**

      **Defendant.**

## STIPULATED ORDER FOR EXTENSION OF TIME TO PROVIDE AN EXPERT REPORT

THIS MATTER having come before the court on the Plaintiff's Motion to Extend the Time to Provide an Expert Report in accord and finds that the Motion is unopposed and hereby orders that the Plaintiff's motion is granted.  Plaintiff's deadline to provide expert reports is extended until November 13, 2010.

IT IS SO ORDERED.

                                                       HONORABLE W. DANIEL SCHNEIDER

Approved by:

      /s/
Stephen F. Lawless
Grisham & Lawless, PA
Attorney for Plaintiff
600 Central SW, Suite #100
Albuquerque, NM
505-247-1401

  Telephonic Approval 9-10-2010
Douglas Schneebeck
Modrall Sperling Law Firm
Attorney for Defendant
500 Fourth Street NW, Suite #1000
Albuquerque, NM 87102
505-848-1869